SEALED

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**FILED**

March 18, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Katherine Wallace_____

DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff**<br><br>**v**<br><br>**JASON SMITH**<br><br>**Defendant** | 1:25-cr-132 (1) DAE |

## MOTION TO SEAL INDICTMENT

TO THE HONORABLE JUDGE OF SAID COURT:


The United States of America, by and through the undersigned U.S Department of Justice, Trial Attorney for the Tax Division, respectfully requests that the Court seal all documents relating to the Indictment of Jason Smith, filed in the above-styled cause. These documents include the Indictment, the Record of Grand Jurors Concurring, the Personal Data Sheet, the Order for Bench Warrant and Setting Amount of Bail, as well as this Motion to Seal the Indictment. As reason for such request, the United States would show the Court that information contained in these documents be sealed so as to safely effect the arrest of the Defendant and avoid a risk of flight.

The United States of America would also request that should this motion be granted that all of the aforementioned documents be unsealed following the Defendant's arrest.

A file-stamped copy shall be issued to the affiant and the government.

Respectfully submitted,

KAREN E. KELLY
ACTING DEPUTY ASSISTANT ATTORNEY GENERAL

By:

/s/ Parker R. Tobin
PARKER R. TOBIN
MARY FRANCES RICHARDSON
DANIEL I. LIPKOWITZ
Trial Attorneys, Tax Division
U.S. Department of Justice
150 M St NE Washington, DC, 20002
(202) 532-3631