**FILED**

March 18, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____klw_____

DEPUTY

**SEALED**

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff**<br><br>v<br><br>**JASON SMITH**<br><br>**Defendant** | 1:25-cr-132 (1) DAE |

**ORDER**

Before the Court is the Government's Motion to Seal the Indictment and all related documents in the above-styled case, and after considering the same, the Court is of the opinion that it should be granted in the interest of law enforcement.

ACCORDINGLY, it is hereby ORDERED that the Clerk of the Court file the Indictment and all related documents under seal. It is further ORDERED, based upon the Motion, that the Indictment and all related documents be unsealed following the arrest of the defendant, JASON SMITH.

IT IS FURTHER ORDERED that the Government's Motion to Seal, as well as this order, shall remain sealed until such time as the Indictment and all related documents are unsealed.

SIGNED on this ___18th__ day of _____March_____, 2025.

_____
UNITED STATES MAGISTRATE JUDGE