SEALED

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**FILED**

March 18, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ klw _____
DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff**<br><br>v<br><br>**JASON SMITH**<br><br>**Defendant** | **INDICTMENT**<br><br>**Counts 1-2: 26 U.S.C. § 7206(1)**<br><br>1:25-cr-132 (1) DAE |

**THE GRAND JURY CHARGES:**

## INTRODUCTION

At all times relevant to this Criminal Indictment:

1. Defendant JASON SMITH ("SMITH"), a married man, was a resident of Kerrville, Texas, in the Western District of Texas, beginning in or around 2018. SMITH previously lived in Edmond, Oklahoma.

2. Individual 1 was SMITH's family member and a resident of the Western District of Texas, beginning in or around 2018. Individual 1 previously lived in Edmond, Oklahoma.

3. Company 1 was a multi-level marketing business that, among other things, sold essential oils and other aromatherapy products.

The Internal Revenue Service and its Forms

4. The Internal Revenue Service ("IRS") was an agency of the United States Department of the Treasury responsible for administering the tax laws of the United States and collecting taxes owed to the United States.

5. IRS Form 1099-MISC, Miscellaneous Information ("Form 1099-MISC") was an IRS form used to report certain kinds of nonemployee compensation to the IRS.

6.     An IRS Form 1040, U.S. Individual Income Tax Return ("Form 1040"), was used by U.S. taxpayers to file an annual income tax return.

The Scheme

7.     SMITH and Individual 1 were independent distributors for Company 1. Individual 1 began distributing Company 1's products no later than 2009.  SMITH joined Individual 1 as an independent distributor for Company 1 no later than 2013.

8.     SMITH and Individual 1 received compensation from Company 1. Prior to in or around October 2013, Company 1 issued SMITH and Individual 1 Forms 1099-MISC that reported the compensation that Company 1 paid them each year using Individual 1's social security number.

9.     In or around October 2013, SMITH registered Live Young Now International Ministries ("Live Young") as a business with the Oklahoma Secretary of State.

10.     In or around October 2013, SMITH and Individual 1 obtained an Employer Identification Number ("EIN") from the IRS for Live Young. Live Young never applied to be recognized as a tax-exempt organization by the IRS. Live Young has never filed any tax return with the IRS.

11.     In or around October 2013, SMITH opened a bank account in the name of Live Young. SMITH and Individual 1 later opened additional bank accounts in the name of Live Young. SMITH and Individual 1 were account signatories on the Live Young bank accounts.

12.     Shortly after SMITH created Live Young, SMITH and/or Individual 1 contacted Company 1 and requested that Company 1 pay SMITH and Individual 1's compensation to Live Young, rather than to SMITH or Individual 1. In 2013, Company 1 began depositing SMITH and Individual 1's compensation into bank accounts held in the name of Live Young and issued Forms

1099-MISC to Live Young reporting this compensation using Live Young's EIN number and not SMITH or Individual 1's social security number.

13. SMITH and Individual 1's compensation was paid to Live Young from 2013 through at least 2019. In 2018, SMITH and Individual 1 earned income totaling over $1.4 million from Company 1. In 2019, SMITH and Individual 1 earned income totaling over $1.4 million from Company 1.

14. SMITH and Individual 1 maintained control over the Live Young bank accounts and used the funds in the Live Young bank accounts to pay personal expenses, including but not limited to mortgage payments, the purchase of cars, the purchase of an airplane, and the down payment for an RV.

15. SMITH hired Return Preparer 1 to prepare his and Individual 1's 2018 and 2019 joint income tax returns.

16. SMITH provided false and misleading information to Return Preparer 1. Among other things, SMITH lied to Return Preparer 1 about the income he and Individual 1 earned from Company 1 and falsely told Return Preparer 1 that he and Individual 1 did not have any other Forms 1099, despite being aware of the Forms 1099-MISC issued by Company 1 to Live Young for 2018 and 2019 reporting compensation for the work they performed.

17. Based upon the false and misleading information provided by SMITH, Return Preparer 1 prepared false 2018 and 2019 income tax returns that omitted substantial income earned by SMITH.

18. SMITH and Individual 1's 2018 and 2019 income tax returns were electronically filed and received at the IRS service center in Austin, Texas, in the Western District of Texas.

## COUNTS 1 and 2

## 26 U.S.C. § 7206(1) (Making and Subscribing a False Tax Return)

19. Paragraphs 1 through 18 of this Indictment are realleged and incorporated by reference as though fully set forth herein.

20. On or about the dates set forth in the table below, in the Western District of Texas and elsewhere, JASON SMITH willfully made and subscribed and filed and caused to be filed with the Internal Revenue Service, false Forms 1040, U.S. Individual Income Tax Returns, for the tax years set forth below, each of which was verified by a written declaration that it was made under the penalties of perjury and each of which JASON SMITH did not believe to be true and correct as to every material matter. Among other falsities, the tax returns reported that JASON SMITH had total income in the amount set forth below, whereas, as JASON SMITH knew, his income exceeded the reported amount:

| COUNT | APPROXIMATE FILING DATE | FORM | FALSE MATERIAL MATTER |
|-------|------------------------|------|----------------------|
| 1 | 04/04/2019 | 2018 Form 1040 | Line 6 (Total Income), $120,129 |
| 2 | 07/09/2020 | 2019 Form 1040 | Line 7b (Total Income), $139,722 |

(All in violation of Title 26, United States Code, Section 7206(1))

DATED: March 18, 2025

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002
_____
FOREPERSON OF THE GRAND JURY


KAREN E. KELLY
ACTING DEPUTY ASSISTANT ATTORNEY GENERAL


BY: _____
PARKER R. TOBIN
MARY FRANCES RICHARDSON
DANIEL I. LIPKOWITZ
Trial Attorneys, Tax Division
U.S. Department of Justice