RECEIVED
U.S. MARSHALS SERVICE

APR -7 AM 11: 15

WESTERN DISTRICT/TEXAS
AUSTIN DIVISION

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Jason Smith<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)    Case No.    1:25-cr-132 (1) DAE |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Jason Smith                                                                                       .
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

Counts 1 & 2: 26 USC 7206(1) - Making and Subscribing a False Tax Return

Date:      03/18/2025                                                     *signature: Katherine Wallace*
                                                                                   *Issuing officer's signature*

City and state:     Austin, TX                                     Katherine Wallace, Courtroom Deputy
                                                                                   *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 4/5/2025 , and the person was arrested on *(date)* 4/5/2025 at *(city and state)* Sierra Blanca, TX .<br><br>Date: 4/7/2025                      *Patrick M Peevey*<br>                                     *Arresting officer's signature*<br><br>                        Patrick M Peevey, Special Agent, IRS-CI<br>                                    *Printed name and title* |